1  MICHAEL A. PAINTER, Bar 343600
   ISAACMAN, KAUFMAN & PAINTER
2  8484 Wilshire Boulevard, Suite 850
   Beverly Hills, CA 90211
3  (323) 782-7700 - Telephone
   (323) 782-7744 - Facsimile
4  painter@ikplaw.com

5
   Attorneys for Defendant
6  SUN-MATE CORPORATION

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   ONE PASS WATER BLADE, LLC,        ) Case No.
11                                   ) C06-0809-MEJ
              Plaintiff,             )
12                                   ) STIPULATION PURSUANT TO
        vs.                          ) CIVIL L.R. 6.1(A) EXTENDING
13                                   ) DEFENDANT'S TIME TO
   SUN-MATE CORPORATION,             ) ANSWER OR OTHERWISE
14 a California corporation; and DOES 1 ) RESPOND TO THE
   through 50, inclusive,            ) COMPLAINT;
15                                   ) AND ORDER THEREON
              Defendants.            )
16 _____

17

18       Plaintiff, ONE PASS WATER BLADE, LLC, by and through its counsel of

19 record, LaRiviere, Grubman and Payne, LLP, and defendant, SUN-MATE CORPORATION,

20 by and through its counsel of record, Isaacman, Kaufman and Painter, P.C., hereby agree to

21 the following:

22

23

24

25

26

27 STIPULATION TO EXTEND TIME TO ANSWER
   ONE PASS WATER BLADE, LLC v.
28 SUN MATE CORPORATION              -1-

1  Defendant shall have up to and including May 19, 2006 to answer or otherwise
2  respond to the Complaint in this action.

3  Respectfully submitted,

4  ISAACMAN, KAUFMAN & PAINTER

6  Dated: 5/15/06       By: _____
7                            Michael A. Painter
                              Attorneys for Defendant
8                             SUN-MATE CORPORATION

10  Respectfully submitted,

11  LaRIVIERE, GRUBMAN & PAYNE, LLP

13  Dated: 5/15/06       By: _____
14                            Robert W. Payne
                              Attorneys for Plaintiff
15                            ONE PASS WATER BLADE, LLC

17  Defendant shall have up to and including May 19, 2006 to answer or otherwise
18  respond to the Complaint in this action.

19  IT IS SO ORDERED.

21  Dated: May 16, 2006   By: _____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

27  STIPULATION TO EXTEND TIME TO ANSWER
    ONE PASS WATER BLADE, LLC v.
28  SUN MATE CORPORATION                -2-

## CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing STIPULATION PURSUANT TO CIVIL L.R. 6.1(A) EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was served on Defendant's attorney, Michael A. Painter, ISAACMAN, KAUFMAN & PAINTER, P.C., 8484 Wilshire Boulevard, Suite 850, Beverly Hills, CA, 90211, postage prepaid by first-class mail on May 15, 2006.

_____
Marie Crépeau