1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (CA Bar No. 073901)
2  P.O. Box 3140
   Monterey, CA 93942-3140
3  Telephone:  (831) 649-8800
   Facsimile:   (831) 649-8835
4  E-mail: rpayne@lgpatlaw.com

5  Attorneys for Plaintiff
   ONE PASS WATER BLADE, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE PASS WATER BLADE, LLC, | Case No. C 06-0809 MEJ |
| Plaintiff, | |
| vs. | STIPULATED REQUEST FOR ORDER CHANGING TIME |
| SUN-MATE CORPORATION, a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 6-2, Plaintiff, with consent of Defendants, requests a change of date for the Case Management Conference to June 22, 2006 at 10:00 a.m. Plaintiff will be out of state for a court hearing on June 9, 2006 and would not be able to attend the previously scheduled Case Management Conference date of June 8, 2006. Furthermore, the parties are currently engaged in settlement discussions.

Respectfully submitted,

Date: May 25, 2006                    LARIVIERE, GRUBMAN & PAYNE, LLP


By /s/ Robert W. Payne
    Robert W. Payne
    Attorneys for Plaintiff
    ONE PASS WATER BLADE, LLC

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. C 06-00809 MEJ
Page 1

1

2  Date: May 25, 2006                    ISAACMAN, KAUFMAN & PAINTER

3

4                                        By _____
                                            Michael A. Painter
5                                           Attorneys for Defendant
                                            SUN-MATE CORPORATION
6

7                PURSUANT TO STIPULATION, IT IS SO ORDERED,

8

9  Date: May 30, 2006                    By _____
                                            Hon. Maria-Elena James
10                                          United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature stamp: Judge Maria-Elena James]

27  STIPULATED REQUEST FOR ORDER CHANGING TIME
    Case No. C 06-00809 MEJ
28  Page 2

# CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing STIPULATED REQUEST FOR ORDER CHANGING TIME was served on Defendant's attorney, Michael A. Painter, ISAACMAN, KAUFMAN & PAINTER, P.C., 8484 Wilshire Boulevard, Suite 850, Beverly Hills, CA, 90211, postage prepaid by first-class mail on May 26, 2006.

_____
Marie Crépeau

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. C 06-00809 MEJ
Page 3