1  MICHAEL A. PAINTER, Bar #43600
   ISAACMAN, KAUFMAN & PAINTER
2  8484 Wilshire Boulevard, Suite 850
   Beverly Hills, California 90211
3  (323) 782-7700 - Telephone
   (323) 782-7744 - Facsimile
4  painter@ikplaw.com

5
   Attorneys for Defendant,
6  SUN-MATE CORPORATION

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 ONE PASS WATER BLADE, LLC,    )   CASE NO.
                                 )   C06-0809-MEJ
12              Plaintiff,       )
                                 )   STIPULATED REQUEST FOR
13         vs.                   )   ORDER CHANGING TIME
                                 )
14 SUN-MATE CORPORATION, et al,  )
                                 )
15              Defendants.      )
   _____)
16

17         Pursuant to Local Rule 6-2, plaintiff, with consent of defendant,

18 requests a change of date for the Case Management Conference to from June

19 22, 2006 to July 20, 2006 at 10:00 A.M.  This Stipulation is entered into as the

20 parties are actively discussing settlement, and not for the purpose of delay.

21                                    Respectfully submitted,

22                                    LaRIVIERE, GRUBMAN & PAYNE
                                      LLP
23
24 Dated: 6/15/06              By:    [signature]

25                                    Attorneys for Plaintiff

26
27
28

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. C 06-00809-MEJ
MAP-SUN-1657                        -1-

1
2                                          ISAACMAN, KAUFMAN & PAINTER
3
4  Dated: 6/10/06                   By: _____
                                         Michael A. Painter
5                                        Attorneys for Defendant
6              PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8  Dated: 6/15/2006                 By: _____
                                         Hon. Maria Elena James
9                                        United States District Judge
10

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature stamp: Judge Maria-Elena James]