1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ONE PASS WATER BLADE, LLC,                        No. C 06-0809 MEJ

12                   Plaintiff(s),

13        vs.                                           **ORDER DIRECTING PARTIES TO FILE**
                                                        **CONSENT/DECLINATION FORM**
14   SUN-MATE CORPORATION, etc., et al.,

15                   Defendant(s).
                                                 /
16   —————————————————————————

17

18        The Court is in receipt of Defendant's Motion for Change of Venue.  Upon review of the

19   record in this action, the Court notes that the parties have not filed written consents to Magistrate

20   Judge James' jurisdiction or requests for reassignment to a United States District Court judge for

21   trial.  This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James

22   for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges

23   of this District Court are designated to conduct any and all proceedings in a civil case, including a

24   jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties.  An

25   appeal from a judgment entered by Magistrate Judge James may be taken directly to the United

26   States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other

27   judgment of a district court.

28        You have the right to have your case assigned to a United States District Judge for trial and

**United States District Court**

For the Northern District of California

1   disposition.  Accordingly, the parties shall inform the Court whether they consent to Magistrate

2   Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy

3   of both the consent and declination forms may be obtained from the Northern District of California's

4   website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left

5   margin, then choose "Civil."  The parties shall inform the Court as soon as possible, but no later than

6   July 13, 2006.

7          **IT IS SO ORDERED.**

8

9   Dated: June 28, 2006

                                                              _____
10                                                            MARIA-ELENA JAMES
                                                              United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                2

**United States District Court**

For the Northern District of California