IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE PASS WATER BLADE, LLC, | No. C 06-0809 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER OF REFERRAL** |
| SUN-MATE CORPORATION, etc., et al., | |
| Defendant(s). | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Phyllis J. Hamilton for the purpose of considering whether it is related to the following case: C05-3535 PJH. *One Pass Water Blade, LLC v. Sun-Mate Corporation*.

**IT IS SO ORDERED.**

Dated: August 1, 2006

MARIA-ELENA JAMES
United States Magistrate Judge