IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE PASS WATER BLADE, LLC,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>SUN-MATE CORPORATION, etc., et al.,<br><br>    Defendant(s). | No. C 06-0809 MEJ<br><br>**ORDER STAYING ALL PROCEEDINGS PENDING THE OUTCOME OF THE COURT'S ORDER OF REFERRAL** |

On August 1, 2006, this Court *sua sponte* referred the above entitled action to the Honorable Phyllis J. Hamilton for the purpose of considering whether it is related to the following case: C05-3535 PJH. *One Pass Water Blade, LLC v. Sun-Mate Corporation.* In light of the referral, the Court hereby stays all hearing dates and matters pending before this Court.

**IT IS SO ORDERED.**

Dated: August 1, 2006

MARIA-ELENA JAMES
United States Magistrate Judge