IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE PASS WATER BLADE, LLC, | No. C 06-0809 MEJ |
| Plaintiff(s), | **DEFENDANT'S MOTION FOR CHANGE OF VENUE** |
| vs. | |
| SUN-MATE CORPORATION, et al., | |
| Defendant(s). | |

The Court finds that a hearing on the above entitled matter is unnecessary. The matter has been fully briefed and the Court will issue an order shortly.

**IT IS SO ORDERED.**

Dated: August 10, 2006

MARIA-ELENA JAMES
United States Magistrate Judge