| | |
|---|---|
| 1 | LaRIVIERE, GRUBMAN & PAYNE, LLP |
|   | Robert W. Payne, Esq. |
| 2 | Nicole A. Smith, Esq. |
|   | 19 Upper Ragsdale Drive, Suite 200 |
| 3 | Monterey, CA 93940 |
|   | Telephone: (831) 649-8800 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | ONE PASS WATER BLADE, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ONE PASS WATER BLADE, LLC, | ) | |
|---|---|---|
| | ) | Case No.   C 06-0809   MEJ |
| Plaintiff, | ) | STIPULATED JUDGMENT |
| vs. | ) | RE PERMANENT INJUNCTION |
| | ) | |
| SUN-MATE CORPORATION | ) | |
| a California corporation; and DOES | ) | |
| 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

This stipulation is entered into by and between plaintiff ONE PASS WATER BLADE, LLC and defendant SUN-MATE CORPORATION. For good cause the parties hereby stipulate that the Stipulated Judgment re Permanent Injunction (hereinafter "Judgment") set forth below may be entered.

SUN-MATE CORPORATION

Dated: October __, 2006
Dec 7, 2006

By _____
Rami Ben-Moshe, President
Defendant

ONE PASS WATER BLADE, LLC

Dated: October __, 2006
Dec. 12/2006

By _____
Donald Varner, President
Plaintiff

STIPULATED JUDGMENT
RE PERMANENT INJUNCTION          - 1 -

## ORDER RE PERMANENT INJUNCTION

It appearing to the satisfaction of the Court that good cause exists for the issuance of the same,

IT IS HEREBY ORDERED that defendant SUN-MATE CORPORATION ("SUN-MATE") and all its agents, employees, distributors and representatives are permanently restrained and enjoined in the following manner:

1.  From making, using, distributing, displaying, offering, offering to sell, selling, advertising or promoting descriptions or representations to anyone in the United States of America the "Wipe-N-Dry" or any other water blade (a product for removing standing water from flat and curved surfaces of automotive or boating vehicles or the like), which water blades have a "T" edge or other lip at the end of the blade which is substantially perpendicular to the plane of the blade portion of the water blade.

2.  With respect to products, if any, which are currently in production, no products will be produced or sold by or for Sun-Mate which fit within the enjoined language above. To the extent items have been produced or are in production as of October 10, 2006, or otherwise will be delivered to Sun-Mate or distributed on its behalf, the above royalty obligation of two dollars ($2.00) per unit will apply.

3.  Sun-Mate shall pay, within thirty (30) days of entry of this Judgment, a sum of $374.00, which represents two ($2.00) dollars for each of the 187 units sold or distributed according to the invoices provided to plaintiff.

4.  Sun-Mate will carefully review all remaining records and disclose any additional invoices of units sold or distributed from September 15, 2006, and produce them within thirty (30) days of the entry of this Judgment. The royalty rate of $2.00 per blade will apply to any blades fitting within the aforementioned category.

5.  Sun-Mate will, within thirty (30) days of the entry of this Judgment, provide proof of destruction of any water blades, if any, remaining in their possession, or otherwise transmit the blades to plaintiff's counsel by the same date.

//

STIPULATED JUDGMENT
RE PERMANENT INJUNCTION             - 2 -

6. Both parties will bear their own attorneys' fees and costs.

Dated: January 26, 2007



_____
Honorable M
UNITED ST    STRICT JUDGE

STIPULATED JUDGMENT
RE PERMANENT INJUNCTION            - 3 -